IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **THE AKRON BAIL FUND,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CITY OF AKRON,**<br><br>Defendant. | Civil Action No. 5:23-cv-837<br>Judge: Fleming<br>Magistrate: Grimes |

## NOTICE OF WITHDRAWAL OF FILING

On April 21, 2023, the parties agreed to and filed a joint stipulation restraining the City of Akron from engaging in certain acts against nonviolent protestors. As a result of the parties' stipulation and anticipated order entering it, Plaintiff respectfully withdraws its Motion for a Temporary Restraining Order (ECF No. 2) as moot.

Respectfully submitted,

/s/ Elizabeth Bonham
Sarah Gelsomino (0084340)
Elizabeth Bonham (0093733)
FRIEDMAN GILBERT +
GERHARDSTEIN
50 Public Square Suite 1900
Cleveland, Ohio 44113
T: (216) 241-1430
F: (216) 621-0427
sarah@FGGfirm.com
elizabeth@FGGfirm.com

1

**Certificate of Service**

I certify that on April 21, 2023 I filed a copy of the foregoing using the Court's CM/ECF system and that all counsel of record will receive service through that system.

/s/ Elizabeth Bonham
Elizabeth Bonham (0093733)
One of the attorneys for Plaintiffs