UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDING AND ORDER–CIVIL

AKRON BAIL FUND,

          Plaintiff,

   v.

CITY OF AKRON,

          Defendant.

CASE NO: 5:23-cv-837

DISTRICT JUDGE
CHARLES ESQUE FLEMING

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

PROCEEDINGS: On April 21, 2023, I held hearing on Plaintiff Akron Bail Fund's Motion for temporary restraining order (TRO). Present were Plaintiff's counsel Elizabeth M. Bonham and Sarah J. Gelsomino and Defendant City of Akron's counsel John C. Reece, Brian D. Bremer, and Michael J. Defibaugh.

The parties agreed to a stipulation that resolves the TRO Motion. The parties will file the stipulation on the docket and Akron Bail Fund will move to withdraw its TRO motion as moot.

Total Time: 90 minutes

Date: April 21, 2023

*/s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge