# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDING AND ORDER–CIVIL

| | |
|---|---|
| AKRON BAIL FUND, | CASE NO: 5:23-cv-837 |
| Plaintiff, | |
| v. | DISTRICT JUDGE CHARLES ESQUE FLEMING |
| CITY OF AKRON, | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| Defendant. | |

PROCEEDINGS: On February 9, 2024, I held a status videoconference with counsel. Present were Plaintiff's counsel Elizabeth M. Bonham and Defendant City of Akron's counsel John C. Reece, Brian D. Bremer, and Kirsten Leigh Smith.

Counsel advised that they are cautiously optimistic about their ability to resolve this case and described their anticipated timeframe to do so. I set a follow-up videoconference with counsel for March 1, 2024 at 2:00 p.m. to discuss the parties' progress. The case management dates are stayed until then.

Total Time: 17 minutes

Date: February 9, 2024

*/s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge