UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDING AND ORDER–CIVIL

AKRON BAIL FUND,

                    Plaintiff,

          v.

CITY OF AKRON,

                  Defendant.

CASE NO: 5:23-cv-837

DISTRICT JUDGE
CHARLES ESQUE FLEMING

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

PROCEEDING: On June 20, 2024, I held a status conference by video. Present were plaintiff's counsel Elizabeth M. Bonham and defendant's counsel Brian D. Bremer and John C. Reese.

The parties advised that they have reached an agreement in principle. They will finalize the settlement agreement within a week's time and will file the appropriate dismissal entry on the docket within 45 days. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Total Time: 5 minutes

Date: June 20, 2024

*/s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge